HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:20-po-00406-AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| ARTURO R. OLIVARES, | DATE: March 8, 2021 |
| Defendant. | TIME: 9:00 a.m. |
|  | JUDGE: Hon. Allison Claire |

**STIPULATION**

The defendant, ARTURO R. OLIVARES, by and through its counsel of record, and the United States of America, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on March 8, 2021 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea and sentencing hearing on March 8, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

///

///

///

STIPULATION AND [PROPOSED] ORDER          1          U.S. v. ARTURO R. OLIVARES

DATED:     February 23, 2021

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender
Counsel for Defendant


/s/ Alstyn Bennett
ALSTYN BENNETT
Special Assistant U.S. Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea and sentencing hearing is set for March 8, 2021 at 9:00 a.m.

FOUND AND ORDERED this 23rd day of February, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE